1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    MARK SWAGERTY,                              1:10-cv-01422-SKO (PC)

13                    Plaintiff,                  ORDER TRANSFERRING CASE TO THE
                                                  SACRAMENTO DIVISION OF THE EASTERN
14    vs.                                         DISTRICT OF CALIFORNIA

15    STATE OF CALIFORNIA, et al.,

16                    Defendants.

17    _____/

18          Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

19    U.S.C.  § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20          In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

21    violations took place in San Joaquin County, which is part of the Sacramento Division of the United

22    States District Court for the Eastern District of California.   Therefore, the complaint should have

23    been filed in the Sacramento Division.

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will

26    be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to proceed in

27    forma pauperis.

28          Good cause appearing, IT IS HEREBY ORDERED that:

                                                 -1-

1      1.  This action is transferred to the United States District Court for the Eastern District of

2  California sitting in Sacramento; and

3      2.  All future filings shall refer to the new Sacramento case number assigned and shall be

4  filed at:

5

6                    United States District Court
                     Eastern District of California
7                    501 "I" Street, Suite 4-200
                     Sacramento, CA 95814

8  3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

9

10  IT IS SO ORDERED.

    **Dated:   August 11, 2010**                    **/s/ Sheila K. Oberto**
11                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28